Tony Wamser v. Browning, King & Company.— Stay granted as stated in memorandum.

Julius Remy v. Interurban Street Railway Company.— Motion denied, with ten dollars costs.

Charles Poucher v. Leander B. Faber.— Motion denied, with ten dollars costs.

George Hoffman v. Union Dime Savings Institution.— Motion denied, with ten dollars costs.

Mary A. Hewsey v. Queens Borough Gas Company.— Motion denied, with ten dollars costs.

F. J. Emmerich Company v. W. & J. Sloane.—Motion granted. Memorandum per curiam.

Maurice J. Katz v. H. & H. Manufacturing Company.— Motion for leave to go to Court of Appeals granted; motion for stay denied. See memorandum per curiam.

Benjamin Price v. Interurban Street Railway Company.— Motion denied on payment of ten dollars costs.

Mary E. Gedney v. Arthur W. Sias and Others.— Motion denied on appellant paying ten dollars costs and stipulating to be ready for January term.

John J. Macdonald v. Henry Schmidt.— Motion denied, with ten dollars costs.

George H. Lawrence v. Arthur W. Sias.— Motion denied on appellant paying ten dollars costs and stipulating to be ready for January term.

Herman Schulberg, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.

Rosy Schulberg, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Carrie M. MacKenzie, Respondent, v. James C. MacKenzie, Appellant.— Judgment affirmed, with costs. No opinion.

Rudolph A. Breidenbach, as Trustee in Bankruptcy of George J. Rainess, Bankrupt, Respondent, v. David Mayer, Appellant.— Judgment affirmed, with costs. No opinion.

John Quincy Adams, Respondent, v. The New York Herald Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

James J. Dunn, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Thomas F. McAvoy, Respondent, v. Press Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Giles G. Meinell, Respondent, v. Mary L. Meinell and Others, Respondents. J. Arthur Fischer, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Wimmer, Respondent, v. Metropolitan Street Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Marvin F. Wood, Respondent, v. The Blanchite Contracting Company and The Blanchite Process Paint Company, Appellants.— Order modified by striking out the words "the 29th day of May" where they occur in the order, and inserting in place thereof the words "the 21st day of November;" and as so modified affirmed, without costs. No opinion.

Ralph W. Goldmark and Others, Respondents, v. Seacoast Packing Company and Others, Appellants.— Motion denied, with ten dollars costs.

Magdalena Scheu, Respondent, v. Union Railway Company, Appellant. — Motion denied.

William H. Higgins, Respondent, v. Manhattan Railway Company, Appellant. — Judgment and order affirmed, with costs. No opinion.

Patrick W. Cullinan, as State Commissioner of Excise of the State of New York, Respondent, v. Elizabeth Sitas and The Empire State Surety Company, Appellants.— Order affirmed, with costs. No opinion.

Rosa H. S. Dupignac and Anna C. Bub, Plaintiffs, v. William Friedman and Others, Respondents, Impleaded with Anna C. Schulze and Others, Appellants. — Interlocutory judgment affirmed, with costs. No opinion.

Burton W. Gibson, Respondent, v. Louisa M. Stenton and Others, Defendants, Impleaded with E. Luther Hamilton, as Surviving Executor of and Trustee under the Will of John Munn, Deceased, and Mary E. Cook, as Executrix, etc., of Joseph M. Cook, Deceased, Appellants.— Interlocutory judgment affirmed, with costs. No opinion.